08-21-00212-CR

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
1/13/2022 3:07:00 PM
ELIZABETH G. FLORES
Clerk

January 12, 2022


8th Court of Appeals
500 E. San Antonio Ave., Suite 1203
El Paso, Texas 79901


Re:  Miguel Angel Moreno vs. State of Texas
     Appeal No. 08-21-00212-CR


Due to having taken time off for the Holidays and working on other records, I am herewith requesting an extension for the reporter's record on the above-cited case, which is due on January 17, 2022.

I am respectfully requesting an extension of 21 days.

I am also notifying this Court that I am no longer the Official Court Reporter for County Criminal Court 4.  As of January 1, 2021, I am the Official Court Reporter for County Criminal Court 1.

If you have any further questions, please contact me at 834-8241, Ext 4413.


Thank you in advance,


/s/ Maria Caraveo_____
Maria Caraveo, CSR# 7869
County Criminal Court 1